1
2
3
4
5               UNITED STATES DISTRICT COURT
6            FOR THE DISTRICT OF WASHINGTON
7
8    UNITED STATES OF AMERICA,            No. CR-12-123-FVS-2
9                    Plaintiff,           **ORDER GRANTING UNOPPOSED**
                                          **MOTION TO MODIFY**
10   vs.                                  **CONDITIONS OF RELEASE**
11
12   ALISSA DAWN KERR,
13                    Defendant.
14

15        Before the court is Defendant's unopposed Motion to Modify Conditions of
16   Release.  A detention hearing was held on December 21, 2012, and the court
17   denied the United States' Motion for Detention.  Defendant does not have a
18   significant criminal history.  The court entered an Order Setting Conditions of
19   Release to Defendant's parent's home,  including home detention, with the further
20   condition that Defendant would need to be accompanied by a parent at all times
21   when away from the home.  ECF No. 57, at 6.
22        On December 21, 2012, Defendant posted a bond and was released to her
23   parents' home.  She has now been on release since that time and has met all
24   conditions of pretrial release. The court has been provided a chemical dependency
25   evaluation.  A status hearing was held on January 25, 2013, and Defendant  was
26   found to be in compliance at that time.
27        U.S. Probation Officer Hare has been contacted and voiced no objection to
28   the modification; Assistant U.S. Attorney Timothy Durkin has been contacted on

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE - 1

behalf of Assistant U.S. Attorney Caitlin Baunsgard, and voiced no objection to the request.

**IT IS ORDERED** that Defendant's unopposed Motion, **ECF No. 82,** is **GRANTED.** The conditions of release dated December 21, 2012, are modified as follows: The condition of home detention is struck and the condition that Defendant be accompanied at all times with a parent outside the home is struck. In its place, a curfew will be imposed between the hours of 10:00 p.m. and 7:00 a.m. All other conditions are to remain in effect.

DATED February 12, 2013.


_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE - 2