PROB 12C
(7/93)

Report Date: October 4, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 7 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alissa Dawn Kerr                    Case Number: 0980 2:12CR00123-002

Name of Sentencing Judicial Officer:  The Honorable Cynthia Imbrogno, US Magistrate Judge

Date of Original Sentence: April 18, 2013

Original Offense:        Possession of a Controlled Substance, 21 U.S.C. § 844(a)

Original Sentence:       Probation - 60 months        Type of Supervision: Probation

Asst. U.S. Attorney:     Caitlin A. Baunsgard          Date Supervision Commenced: April 18, 2013

Defense Attorney:        Roger Peven                   Date Supervision Expires: April 17, 2018

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Alissa Dawn Kerr tested positive for the use of methamphetamine on September 12, 2013, and September 24, 2013.  On September 30, 2013, Ms. Kerr admitted, in writing, to using methamphetamine on September 29, 2013.  Additionally, Ms. Kerr admitted, verbally, to using methamphetamine on September 11, 2013 and September 17, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re: Kerr, Alissa Dawn**
**October 4, 2013**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  ___10/04/2013___

___s/Curtis G. Hare___

Curtis G. Hare
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

___Signature of Judicial Officer___

___10-7-13___
Date