PROB 12C
(7/93)

Report Date: May 15, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alissa Dawn Kerr                           Case Number: 0980 2:12CR00123-002

Address of Offender: ███████████, Othello, Washington 99344

Name of Sentencing Judicial Officer:  The Honorable Cynthia Imbrogno, US Magistrate Judge

Date of Original Sentence: April 18, 2013

Original Offense:       Possession of a Controlled Substance, 21 U.S.C. § 844(a)

Original Sentence:       Probation 60 months              Type of Supervision: Probation

Asst. U.S. Attorney:    Caitlin A. Baunsgard              Date Supervision Commenced: April 18, 2013

Defense Attorney:       Roger Peven                      Date Supervision Expires: April 17, 2018

## PETITIONING THE COURT

       To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/07/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Alissa Dawn Kerr failed to submit for drug testing on April 21, 2014; April 29, 2014; and May 6, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/15/2014

s/Curtis G. Hare

Curt Hare
U.S. Probation Officer

Prob12C
**Re: Kerr, Alissa Dawn**
**May 15, 2014**
**Page 2**

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

_____
Signature of Judicial Officer

May 15, 2015
_____
Date